JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN M. HOUK, | Case No. 2:22-cv-06626-MCS-JC |
| Petitioner, | |
| v. | |
| WARDEN, | JUDGMENT |
| Respondent. | |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: September 26, 2022

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE